# Court of Appeals
# of the State of Georgia

ATLANTA, March 25, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1523. DAKKIA LANTWAN BRADSHAW v. SUE ELLEN SAMMONS.

Dakkia Lantwan Bradshaw has been elected to serve and is currently serving as a county commissioner for a 2025-2028 term of office. She appeals to this Court from a trial court's order determining that she is term-limited and ineligible to hold that office and ordering that a special election to replace her be called during the May 2026 primary election.

We are in doubt about our jurisdiction. The Supreme Court of Georgia "has exclusive appellate jurisdiction over '[a]ll cases of election contest.'" *Cook v. Bd. of Registrars*, 291 Ga. 67, 68(2)(a)(1) (727 SE2d 478) (2012) (quoting Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (2)). That Court has held that its jurisdiction over such cases extends to "pre-election challenges to the qualifications of a candidate who has filed to run in a pending election for a county or municipal office." *Cook v. Bd. of Registrars of Randolph Cnty.*, 291 Ga. 67, 71, (727 SE2d 478) (2012). But it declined at that time "to further delineate the boundaries of th[at] Court's 'election contest' jurisdiction." Id., 291 Ga. at 72.

Because jurisdiction over this appeal may lie in the Supreme Court and because the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d

587) (1996), this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,___03/25/2026_____

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.